**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD E. MITCHELL, JR.,

    Plaintiff

v.

N. BREITENBACH, et al.,

    Defendants

Case No.: 3:23-cv-00276-CSD

**Order**

Re: ECF No. 36

On June 23, 2025, Plaintiff filed a proposed Fourth Amended Complaint (ECF No. 36); however, Plaintiff was required to file a motion for leave to amend along with his proposed amended complaint. Fed. R. Civ. P. 15(a). Therefore, the Clerk shall **STRIKE** Plaintiff's proposed fourth amended complaint at ECF No. 36.

**IT IS SO ORDERED**.

Dated: July 1, 2025

_____
Craig S. Denney
United States Magistrate Judge