# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.: 3:23-cv-00276-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 52 |
| N. BREITENBACH, et al., | |
| Defendants | |

Plaintiff has filed a motion requesting an extension of time to file his response to Defendants' motion to dismiss. (ECF No. 52.)

Plaintiff's motion (ECF No. 52) is **GRANTED** insofar as he has up to and including **September 16, 2025,** to file his response to Defendants' motion to dismiss.

**IT IS SO ORDERED**.

Dated: August 25, 2025

_____
Craig S. Denney
United States Magistrate Judge