UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.: 3:23-cv-00276-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 51 |
| N. BREITENBACH, et al., | |
| Defendants | |

Plaintiff has filed a motion to compel. (ECF No. 51.) Defendants filed a response. (ECF No. 67.) No reply was filed.

Plaintiff has filed a motion to compel discovery and also seeks a waiver of objections. However, it is unclear from the motion precisely which discovery requests Plaintiff seeks to compel responses to and which he seeks to have objections waived. The motion is accompanied by hundreds of pages of discovery, but Plaintiff does not specify what specific requests are at issue.

In their response, Defendants admit that some of the responses were overdue, and that they are working on supplementing some responses (which has been delayed due to the cyberattack on the State of Nevada). Defendants' counsel also asserts that Plaintiff did not engage in an adequate meet and confer prior to filing this motion.

Moreover, the court has just issued an order on Defendants' motion to dismiss the Fourth Amended Complaint, which changes the parameters of the operative pleading, and likely has an impact on the motion to compel (as Plaintiff seeks to compel documents related to claims which have been dismissed).

In light of these circumstances, Plaintiff's motion to compel (ECF No. 51) is **DENIED WITHOUT PREJUDICE**.

Defendants must provide the supplemental responses referenced in their opposition on or before **November 15, 2025**.

Plaintiff shall review the supplemental responses as well as the court's order on Defendants' motion to dismiss.

The parties shall participate in an additional meet and confer to attempt to resolve any remaining issues in dispute. If, after participating in a meaningful meet and confer, there are issues that the parties are not able to resolve informally, Plaintiff may file a renewed motion to compel which complies with both the Local Rules and the scheduling order.

**IT IS SO ORDERED**.

Dated: October 30, 2025

_____
Craig S. Denney
United States Magistrate Judge