**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD E. MITCHELL, JR.,

    Plaintiff

v.

N. BREITENBACH, et al.,

    Defendants

Case No.: 3:23-cv-00276-CSD

**Order**

Re: ECF No. 93

Plaintiff filed a motion for summary judgment on November 12, 2025. (ECF No. 75.) Defendants filed a motion for an extension of time to file a response, which was granted, and Defendants were given until December 17, 2025, to file a response. (ECF Nos. 76, 77.) Defendants then filed a motion to reopen discovery and extend the deadline to file their response to Plaintiff's motion for summary judgment. (ECF No. 78.)

At a January 8, 2026, hearing, the court granted Defendants' motion to reopen discovery and set the discovery cutoff for March 9, 2026, and the dispositive motions deadline for April 8, 2026. (ECF No. 82.) The court issued a clarifying order on January 13, 2026, that April 8, 2026, was the deadline for Defendants to file a dispositive motion and the deadline for Plaintiff to supplement his own motion for summary judgment, if he chooses. The deadline for Defendants to respond to Plaintiff's motion would run from April 8, 2026. (ECF No. 83.)

On April 8, 2026, Defendants filed their motion for summary judgment. (ECF No. 87.)

Plaintiff did not file a supplemental motion for summary judgment.

On April 22, 2026, Plaintiff filed a motion for an extension of time to file a response to Defendants' motion. (ECF No. 90.) The court granted the motion, giving Plaintiff until May 29, 2026, to file his response to Defendants' motion for summary judgment. (ECF No. 91.)

On May 19, 2026, Plaintiff filed a document titled "cross-motion for summary judgment." (ECF No. 93.)

Plaintiff did not timely file his own supplemental motion for summary judgment by the April 8, 2026, deadline; therefore, he is proceeding with his originally filed motion for summary judgment at ECF No. 75, and the court will not consider the belated cross-motion for summary judgment. The court will give Defendants' one extension of time, until May 29, 2026, to file a response to Plaintiff's originally filed motion.

On or before May 29, 2026, Plaintiff shall either file his response to Defendants' motion for summary judgment or notify the court that he wishes to have the court construe his cross-motion for summary judgment as his response to Defendants' motion for summary judgment. In either case, Defendants' reply brief is due on or before June 5, 2026.

///

///

///

///

///

///

///

///

///

2

**CONCLUSION**

Defendants have until **May 29, 2026**, to file their response to Plaintiff's originally filed motion for summary judgment (ECF No. 75). Plaintiff's reply in support of his motion is due on or before **June 5, 2026**.

On or before **May 29, 2026**, Plaintiff shall either file his response to Defendants' motion for summary judgment or notify  the court that he wishes to have the court construe his cross-motion for summary judgment as his response to Defendants' motion for summary judgment. In either case, Defendants' reply brief is due on or before **June 5, 2026**.

**IT IS SO ORDERED**.

Dated: May 20, 2026

_____
Craig S. Denney
United States Magistrate Judge

3