**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD E. MITCHELL, JR.,

    Plaintiff

v.

N. BREITENBACH, et al.,

    Defendants

Case No.: 3:23-cv-00276-CSD

**Order**

Re: ECF No. 102

Defendants' motion for leave to belatedly file their reply in support of their motion for summary judgment (ECF No. 102) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: June 16, 2026

_____
Craig S. Denney
United States Magistrate Judge