# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONALD E. MITCHELL, JR.,

   Plaintiff

v.

N. BREITENBACH, et al.,

   Defendants

Case No.: 3:23-cv-00276-CSD

**Order**

Re: ECF No. 101

On June 10, 2026, Defendants filed a motion for leave to belatedly file their reply brief in support of their motion for summary judgment. (ECF No. 101.)

The same day, they filed a notice of corrected image in connection with their motion to belatedly file their reply brief along with the proposed reply brief. (ECF Nos. 102, 102-1.)

On June 16, 2026, the court granted the motion at ECF No. 102. (ECF No. 104.) As such, Defendants' original motion to belatedly file their reply brief (ECF No. 101) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: June 23, 2026

_____
Craig S. Denney
United States Magistrate Judge