**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MITCHELL, JR.,<br><br>    Plaintiff<br><br>v.<br><br>N. BREITENBACH, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00276-CSD<br><br>**Order**<br><br>Re: ECF No. 93 |

Plaintiff filed a motion for summary judgment on November 12, 2025. (ECF No. 75.)

After reopening discovery for a limited purpose and granting several extensions of time, the court set April 8, 2026, as the deadline for Defendants to file their dispositive motion and for Plaintiff to supplement his own motion for summary judgment, if he wished to do so. (ECF No. 83.)

Defendants filed their own motion for summary judgment on April 8, 2026. (ECF No. 87.) Plaintiff did not file a supplement to his motion for summary judgment.

The court granted Plaintiff an extension of time, until May 29, 2026, to file a response to Defendants' motion for summary judgment. (ECF Nos. 90, 91.)

On May 19, 2026, Plaintiff filed a document titled "cross-motion for summary judgment." (ECF No. 93.)

In an order dated May 20, 2026, the court noted that Plaintiff did not timely file his own supplemental motion for summary judgment by the April 8, 2026 deadline, and so he was proceeding on his originally filed motion for summary judgment at ECF No. 75. The court indicated it would not consider the belated cross-motion for summary judgment as his

supplemental motion. The court gave Plaintiff until May 29, 2026, to file his response to Defendants' motion or notify the court that he wished to have the court construe his cross-motion for summary judgment as his response to Defendants' motion. (ECF No. 94.)

On May 27, 2026, Plaintiff filed a response to Defendants' motion for summary judgment. (ECF No. 96.) Defendants have filed their reply. (ECF No. 102-1.)

Defendants have opposed Plaintiff's motion for summary judgment. (ECF No. 98.) Plaintiff has filed his reply. (ECF Nos. 100-1, 100-2, 103.)

Briefing on Plaintiff's and Defendants' motions for summary judgment is complete. Plaintiff was not permitted to file a belated cross-motion or supplemental motion for summary judgment. Therefore, the cross-motion for summary judgment filed on May 19, 2026 (ECF No. 93) will be stricken.

**CONCLUSION**

The Clerk shall kindly **STRIKE** Plaintiff's cross-motion for summary judgment (ECF No. 93).

**IT IS SO ORDERED**.

Dated: June 23, 2026

_____

Craig S. Denney
United States Magistrate Judge

2